IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                           CASE NO. 5:08-cr-5-RS-GRJ

KARRIECE QUONTREL DAVIS,

_____/

## O R D E R

This case is before the Court on Doc. 209, the Government's response to the Court's order to show cause and incorporated motion for extension of time to respond to Defendant's § 2255 motion. Upon due consideration, it is **ORDERED:**

1. The Government's motion for an extension of time until **February 16, 2012,** to respond to the motion to vacate is **GRANTED.**

2. The Defendant shall have until **March 19, 2012,** to file a reply.

3. These deadlines may be amended upon consideration of the Government's response to Defendant's motion to file an amended motion to vacate, which motion response is due to be filed on **January 18, 2012**, in accordance with the Court's previous Order (Doc. 208).

**DONE AND ORDERED** this 9th day of January 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge